# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
WEC, BOGUMILA § Case No. 10-53569
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-53569 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz |
| Case Name: | WEC, BOGUMILA | | | Date Filed (f) or Converted (c): | 12/02/10 (f) |
| | | | | 341(a) Meeting Date: | 01/20/11 |
| For Period Ending: | 04/16/12 | | | Claims Bar Date: | 12/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Recovery of fradulent transfer. (u) | 0.00 | 26,500.00 | | 26,500.00 | FA |
| 2. CHECKING ACCOUNT | 1,640.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7. EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 8. '07 Mazda CX-7 | 14,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $17,890.00  $26,500.00  $26,500.00  Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel to pursue trsutee's interest in property transferred prior to filing this case. Counsel has prevailed. Trustee awaits applications for professional compensation necessary to prepare a TFR.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                           Ver: 16.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-53569 -PSH | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | WEC, BOGUMILA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2554 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3772 | | | |
| For Period Ending: | 04/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/11 | 1 | Bogumila Wec<br>Case 10-53569 | | 1241-000 | 8,000.00 | | 8,000.00 |
| 10/12/11 | 1 | Bogumila Wec<br>Case 10-53569 | | 1241-000 | 17,000.00 | | 25,000.00 |
| 11/07/11 | 1 | BOGUMILA WEC<br>603 S. RIVER RD.<br>APT. 3M<br>DES PLAINES, IL 60016 | | 1241-000 | 1,500.00 | | 26,500.00 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 31.87 | 26,468.13 |
| 12/22/11 | 000101 | Illinois Department of Revenue<br>P.O. Box 19009<br>Springfield, IL 62794-9009 | 2010 Fiduciary Income Tax<br>FEIN 35-6933772 | 2820-000 | | 81.00 | 26,387.13 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 32.62 | 26,354.51 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 34.56 | 26,319.95 |
| 02/07/12 | 000102 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 23.22 | 26,296.73 |

```
                                              COLUMN TOTALS                    26,500.00         203.27        26,296.73
                                      Less:  Bank Transfers/CD's                    0.00           0.00
                                Subtotal                                        26,500.00         203.27
                                      Less:  Payments to Debtors                                    0.00
                                Net                                             26,500.00         203.27

                                                                                                  NET           ACCOUNT
                                       TOTAL - ALL ACCOUNTS                   NET DEPOSITS    DISBURSEMENTS     BALANCE
                           Checking Account (Non-Interest Earn - *******2554    26,500.00         203.27        26,296.73
                                                                              -----------     -----------    -----------
                                                                                26,500.00         203.27        26,296.73

                                       Page Subtotals                           26,500.00         203.27
```

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                  Ver: 16.06a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-53569 -PSH | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | WEC, BOGUMILA | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******2554 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3772 |  |  |
| For Period Ending: | 04/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ___/s/   Robert B. Katz_____   Date: 04/16/12
ROBERT B. KATZ

Page Subtotals         0.00         0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 16, 2012 |
|---|---|---|---|---|---|

Case Number: 10-53569  
Debtor Name: WEC, BOGUMILA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>3210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | $17,459.13 | $0.00 | $17,459.13 |
| 001<br>3410-00 | Lois West<br>Popowcer Katten, Ltd.<br>35 E. Wacker Dr., Ste. 1550<br>Chicago, IL 60601-2207 | Administrative | $943.00 | $0.00 | $943.00 |
| 000002<br>050<br>4210-00 | JPMorgan Chase Bank N.A.<br>C/O Mary Lautenbach<br>Chase Auto Finance, AZ1-1191<br>201 N Central Ave. Phoenix, AZ 85004 | Secured<br>(2-1) 2007 Mazda Cx | $13,515.03 | $0.00 | $13,515.03 |
| 000001<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(1-1) Chase Bank USA, N.A (WAMU) | $8,362.85 | $0.00 | $8,362.85 |
| 000003<br>070<br>7100-00 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | $1,298.34 | $0.00 | $1,298.34 |
| 000004<br>070<br>7100-00 | Fifth Third Bank<br>PO Box 829009<br>Dallas, Texas 75382 | Unsecured | $2,250.03 | $0.00 | $2,250.03 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | $11,377.70 | $0.00 | $11,377.70 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(6-1) DICK'S SPORTING GOODS CREDIT CARD or GEMB | $955.09 | $0.00 | $955.09 |
| 000007<br>070<br>7100-00 | Midland Credit Manangement, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego CA 92123 | Unsecured | $1,364.73 | $0.00 | $1,364.73 |
| 000008<br>070<br>7100-00 | Midland Credit Manangement, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego CA 92123 | Unsecured | $670.92 | $0.00 | $670.92 |
| 000009<br>080<br>7200-00 | Citicorp Trust Bank<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042 | Unsecured | $5,248.54 | $0.00 | $5,248.54 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 16, 2012 |

Case Number:  10-53569  
Debtor Name:  WEC, BOGUMILA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $63,445.36 | $0.00 | $63,445.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-53569
Case Name: WEC, BOGUMILA
Trustee Name: Robert B. Katz

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: Ira P. Goldberg | $ | $ | $ |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ | $ | $ |
| Accountant for Trustee Fees: Lois West | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000003 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |
| 000004 | Fifth Third Bank<br>PO Box 829009<br>Dallas, Texas 75382 | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Midland Credit Manangement, Inc. 8875 Aero Drive, Suite 200 San Diego CA 92123 | $ | $ | $ |
| 000008 | Midland Credit Manangement, Inc. 8875 Aero Drive, Suite 200 San Diego CA 92123 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Citicorp Trust Bank P.O. Box 6042 Sioux Falls, SD 57117-6042 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance                                             $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE