# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WEC, BOGUMILA § Case No. 10-53569
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/15/2012 in Courtroom 644,
United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                    §
                          §
WEC, BOGUMILA             §     Case No. 10-53569
                          §
          Debtor(s)       §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 26,500.00 |
| and approved disbursements of | $ | 203.27 |
| leaving a balance on hand of[1] | $ | 26,296.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz | $ 3,400.00 | $ 0.00 | $ 3,400.00 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 17,389.00 | $ 0.00 | $ 17,389.00 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 70.13 | $ 0.00 | $ 70.13 |
| Accountant for Trustee Fees: Lois West | $ 943.00 | $ 0.00 | $ 943.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 21,802.13 |
| Remaining Balance | | $ | 4,494.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,279.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery IV LLC | $ 8,362.85 | $ 0.00 | $ 1,430.29 |
| 000003 | Capital One,N.A | $ 1,298.34 | $ 0.00 | $ 222.05 |
| 000004 | Fifth Third Bank | $ 2,250.03 | $ 0.00 | $ 384.83 |
| 000005 | Capital One Bank (USA), N.A. | $ 11,377.70 | $ 0.00 | $ 1,945.92 |
| 000006 | GE Capital Retail Bank | $ 955.09 | $ 0.00 | $ 163.35 |
| 000007 | Midland Credit Manangement, Inc. | $ 1,364.73 | $ 0.00 | $ 233.41 |
| 000008 | Midland Credit Manangement, Inc. | $ 670.92 | $ 0.00 | $ 114.75 |

Total to be paid to timely general unsecured creditors         $         4,494.60

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,248.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Citicorp Trust Bank | $ 5,248.54 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                         Case No. 10-53569-PSH
Bogumila Wec                                                   Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mjerdine              Page 1 of 3                   Date Rcvd: Apr 18, 2012
                              Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
db           #+Bogumila Wec,    603 S. River Rd.,    Apt. 3M,    Des Plaines, IL 60016-4750
16499858     +Bernard & Associates,    311 W. Superior Street,    Suite 207,    Chicago, IL 60654-3594
16499845      Capital One,    P O Box 6492,    Carol Stream, IL 60197-6492
17933943      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
               Charlotte, NC  28272-1083
17825793     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16499859      Chase Bank,    P O Box 15153,    Wilmington, DE 19886-5153
16499840      CitiBank,    P O Box 22060,    Temple, AZ 85285-2060
18257772      Citicorp Trust Bank,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
16499857     +Deerfield Bannockburn FPD,    P O Box 1368,    Elmhurst, IL 60126-8368
16499849     +Encore Receivables Management,    400 N. Rogers Road,    P O Box 3330,    Olathe, KS 66063-3330
16499852      Fifth Third Bank,    P O Box 740789,    Cincinnati, OH 45274-0789
17845162     +Fifth Third Bank,    PO Box 829009,    Dallas, Texas 75382-9009
16499843      HSBC,    P O Box 17313,    Baltimore, MD 21297-1313
17809462      JPMorgan Chase Bank N.A.,    C/O Mary Lautenbach,    Chase Auto Finance, AZ1-1191,
               201 N Central Ave. Phoenix, AZ 85004
16499851      Macys,    P O Box 689195,    Des Moines, IA 50368-9195
16499854     +Nelson Watson & Associates,    80 Merrimack Street,    Lower Level,    Haverhill, MA 01830-5202
16499856     +NorthShore,    9532 Eagle Way,    Chicago, IL 60678-1095
16499847     +Northland Group,    P O Box 390846,    Minneapolis, MN 55439-0846
16499853      Regional Adjustment Bureau,    P O Box 34111,    Memphis, TN 38184-0111
16499842      Sears,    P O Box 183082,    Columbus, OH 43218-3082
16499855      Source Receivables Management,    P O Box 4068,    Greensboro, NC 27404-4068
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17807219      E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2012 02:29:33     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16499839      E-mail/Text: BK.Notifications@jpmchase.com Apr 19 2012 00:56:10      Chase Auto Finance,
               P O Box 9001083,    Louisville, KY 40290-1083
18033022      E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2012 02:29:33     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16499848      E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:29:33     GE Money Bank,    P O Box 960061,
               Orlando, FL 32896-0061
16499844      E-mail/Text: Bankruptcy@icsystem.com Apr 19 2012 02:55:17     IC Systems Inc.,
               444 Highway 96 East,    P O Box 64887,    St. Paul, MN 55164-0887
16499850      E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2012 00:44:01      Kohls,    P O Box 2983,
               Milwaukee, WI 53201-2983
16499841      E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2012 00:57:07     Midland Credit Management,
               P O Box 60578,    Los Angeles, CA 90060-0578
18138237     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2012 00:57:07     Midland Credit Manangement, Inc.,
               8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16499846     ##Target National Bank,    P O Box 59317,    Minneapolis, MN 55459-0317
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: mjerdine              Page 2 of 3              Date Rcvd: Apr 18, 2012
                               Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**                             **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mjerdine             Page 3 of 3                  Date Rcvd: Apr 18, 2012
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2012 at the address(es) listed below:

        Alex  Rozenstrauch    on behalf of Debtor Bogumila Wec drozenstra@sbcglobal.net, alexroz-ecf@sbcglobal.net
        Ira P Goldberg    on behalf of Plaintiff Robert Katz igoldberg@dimontelaw.com, phogan@dimontelaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert B Katz    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com

        TOTAL: 4