UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
WEC, BOGUMILA                       §    Case No. 10-53569
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Robert B. Katz, Trustee_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | JPMORGAN CHASE BANK N.A. |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE,N.A | | | | | |
| 000001 | CAPITAL RECOVERY IV LLC | | | | | |
| 000004 | FIFTH THIRD BANK | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| 000008 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CITICORP TRUST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No:  10-53569   PSH   Judge: PAMELA S. HOLLIS  
Case Name: WEC, BOGUMILA  

For Period Ending: 01/18/13

Trustee Name: Robert B. Katz, Trustee  
Date Filed (f) or Converted (c): 12/02/10 (f)  
341(a) Meeting Date: 01/20/11  
Claims Bar Date: 12/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Recovery of fradulent transfer. (u) | 0.00 | 26,500.00 | | 26,500.00 | FA |
| 2. CHECKING ACCOUNT | 1,640.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7. EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 8. '07 Mazda CX-7 | 14,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $17,890.00   $26,500.00   $26,500.00   

Gross Value of Remaining Assets  
$0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel to pursue trsutee's interest in property transferred prior to filing this case. Counsel has

prevailed. Trustee awaits applications for professional compensation necessary to prepare a TFR.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-53569 -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | WEC, BOGUMILA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2554 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3772 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/11 | 1 | Bogumila Wec<br>Case 10-53569 | | 1241-000 | 8,000.00 | | 8,000.00 |
| 10/12/11 | 1 | Bogumila Wec<br>Case 10-53569 | | 1241-000 | 17,000.00 | | 25,000.00 |
| 11/07/11 | 1 | BOGUMILA WEC<br>603 S. RIVER RD.<br>APT. 3M<br>DES PLAINES, IL 60016 | | 1241-000 | 1,500.00 | | 26,500.00 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 31.87 | 26,468.13 |
| 12/22/11 | 000101 | Illinois Department of Revenue<br>P.O. Box 19009<br>Springfield, IL 62794-9009 | 2010 Fiduciary Income Tax<br>FEIN 35-6933772 | 2820-000 | | 81.00 | 26,387.13 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 32.62 | 26,354.51 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 34.56 | 26,319.95 |
| 02/07/12 | 000102 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 23.22 | 26,296.73 |
| 05/17/12 | 000103 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 3,400.00 | 22,896.73 |
| 05/17/12 | 000104 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Attorney for Trustee Fees (Other Fi | | | 17,459.13 | 5,437.60 |
| | | | Fees 17,389.00 | 3210-000 | | | |
| | | | Expenses 70.13 | 3220-000 | | | |

Page Subtotals  26,500.00  21,062.40

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-53569 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | WEC, BOGUMILA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2554 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3772 | | | |
| For Period Ending: | 01/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/17/12 | 000105 | Lois West<br>Popowcer Katten, Ltd.<br>35 E. Wacker Dr., Ste. 1550<br>Chicago, IL 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 943.00 | 4,494.60 |
| 05/17/12 | 000106 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000001, Payment 17.10290%<br>(1-1) Chase Bank USA, N.A (WAMU) | 7100-000 | | 1,430.29 | 3,064.31 |
| 05/17/12 | 000107 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000003, Payment 17.10261% | 7100-000 | | 222.05 | 2,842.26 |
| 05/17/12 | 000108 | Fifth Third Bank<br>PO Box 829009<br>Dallas, Texas 75382 | Claim 000004, Payment 17.10333% | 7100-000 | | 384.83 | 2,457.43 |
| 05/17/12 | 000109 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 17.10293% | 7100-000 | | 1,945.92 | 511.51 |
| 05/17/12 | 000110 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 17.10310%<br>(6-1) DICK'S SPORTING GOODS CREDIT<br>CARD or GEMB | 7100-000 | | 163.35 | 348.16 |
| 05/17/12 | 000111 | Midland Credit Manangement, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego CA 92123 | Claim 000007, Payment 17.10302% | 7100-000 | | 233.41 | 114.75 |
| 05/17/12 | 000112 | Midland Credit Manangement, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego CA 92123 | Claim 000008, Payment 17.10338% | 7100-000 | | 114.75 | 0.00 |

Page Subtotals     0.00     5,437.60

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-53569 -PSH | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | WEC, BOGUMILA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2554  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3772 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | 26,500.00 | 26,500.00 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 26,500.00 | 26,500.00 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 26,500.00 | 26,500.00 |  |

|  | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  | | Checking Account (Non-Interest Earn - *******2554 | 26,500.00 | 26,500.00 | 0.00 |
|  | | | 26,500.00 | 26,500.00 | 0.00 |
|  | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

```
                    /s/    Robert B. Katz, Trustee
Trustee's Signature: _____  Date: 01/18/13
                    ROBERT B. KATZ, TRUSTEE
```

Page Subtotals   0.00   0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*